# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DANNY LEE ASHBY**                                                                 **PLAINTIFF**

**v.**                      **CASE NO: 2:13CV00154 BSM**

**RAY HOBBS et al.**                                                           **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, plaintiff's claims against the Arkansas Department of Correction are dismissed with prejudice, and the Arkansas Department of Correction is removed as a defendant.

IT IS SO ORDERED this 22nd day of January 2014.

_____
UNITED STATES DISTRICT JUDGE