# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DANNY LEE ASHBY**                                                                                                    **PLAINTIFF**

**v.**                                   **CASE NO: 2:13CV00154 BSM**

**RAY HOBBS et al.**                                                                                                **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been received, along with the objections filed thereto. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, plaintiff Danny Lee Ashby's motion for a temporary restraining order and a preliminary injunction [Doc. No. 25] is denied.

IT IS SO ORDERED this 5th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE